UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

**In re:**

| | |
|---|---|
| **The Relax Group, LLC,** | **Chapter 7** |
| | **Case Number 25-10784-KB** |
| **Debtor** | **Honorable Kimberly Bacher** |

_____

_

### AFFIDAVIT OF DEBTOR'S MILITARY STATUS

I, Stephen J. LaMonica, Esq., hereby state on behalf of The Cincinnati Insurance Company, the Movant, that, the Debtor herein is an LLC and not a natural person capable of military service as contemplated by the Servicemembers Civil Relief Act (SCRA).

Sworn under the pains and penalties of perjury this 5th day of May, 2026

*/s/ Stephen J. LaMonica*
Stephen J. LaMonica, #268522
Litchfield Cavo LLP
6 Kimball Lane, Suite 200
Lynnfield, MA 01940
(781) 309-1500
lamonica@litchfieldcavo.com

and

Nancy K. Tordai
(pro hac vice to be submitted)
Peters & Nye LLP
14 Executive Court, Suite 2
South Barrington, IL 60010
847-423-0353
nancytordai@petersnye.com

*Counsel for The Cincinnati Insurance Company*