UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

**In re:**

**The Relax Group, LLC,**                                    **Chapter 7**
                                                                   **Case Number 25-10784-KB**
**Debtor**                                                     **Honorable Kimberly Bacher**

_____

## NOTICE OF CONTINGENT HEARING

Please take notice that on June 3, 2026 at 10:00 a.m., movant The Cincinnati Insurance Company will appear before the Hon. Kimberly Bacher, or any judge that may be sitting in that judge's place, at **either** the United States Bankruptcy Court, Courtroom A, Warren B. Rudman U.S. Courthouse, 55 Pleasant Street, Concord, New Hampshire, or via Zoom as described below, and present the Motion for Relief from Stay.

**To appear by Zoom via video, go to this link: https://www.zoomgov.com and then enter the Meeting ID and Passcode listed below.**

**To appear by Zoom using a telephone, call Zoom for Government at 1-646-828-7666 or 1-669254-5252 and then enter the Meeting ID and Passcode listed below.**

**The Meeting ID for this hearing is 160 462 2499, and the Passcode is 760398. The Meeting ID and Passcode can also be found on the court's website.**

**YOUR RIGHTS MAY BE AFFECTED. You should read this notice and the Motion for Relief from Stay carefully and discuss it with your attorney.** If you do not have an attorney, you may wish to consult one. If you have no objection to the motion, no action is required by you. If you object to the relief sought, or if you wish the matter to be heard on the hearing date, you must file a written objection with the Clerk, United States Bankruptcy Court, Warren B. Rudman U.S. Courthouse, 55 Pleasant Street, Room 200, Concord, NH 03301 on or before May 27, 2026. **If no objection is timely filed, the court may grant the relief requested in advance without holding a hearing.**

A copy of your objection or response must be mailed or delivered to the undersigned filer at the address set forth below, the case trustee, the United States Trustee, and a certificate of service must be filed with the clerk. If you file an objection or response, you must also appear at the hearing on the date and time set forth above.

Date:  May 5, 2026                    */s/ Stephen J. LaMonica*
                                 Stephen J. LaMonica, #268522
                                 Litchfield Cavo LLP
                                 6 Kimball Lane, Suite 200
                                 Lynnfield, MA 01940
                                 (781) 309-1500
                                 lamonica@litchfieldcavo.com

                                 and

                                 Nancy K. Tordai
                                 (pro hac vice to be submitted)
                                 Peters & Nye LLP
                                 14 Executive Court, Suite 2
                                 South Barrington, IL 60010
                                 847-423-0353
                                 nancytordai@petersnye.com

                                 *Counsel for The Cincinnati Insurance*
                                 *Company*