UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

**In re:**

| | |
|---|---|
| **The Relax Group, LLC,** | **Chapter 7** |
| | **Case Number 25-10784-KB** |
| **Debtor** | **Honorable Kimberly Bacher** |

---

### <u>CERTIFICATE OF SERVICE</u>

I, Stephen J. LaMonica of Litchfield Cavo LLP do hereby certify that on May 5, 2026, I caused to be served a copy of the Motion for Relief from Stay on the service list below by having a copy of same mailed by first class mail, postage prepaid or other method specified on service list.

<u>VIA U.S. MAIL</u>

The Relax Group, LLC
6 Main Street
Newport, NH 03773

Drummond Woodsum
84 Marginal Way, Suite 600
Portland, ME 04101

Keenan Auction Company
2063 Congress Street
Portland, ME 04101

<u>VIA electronic transmission through the Court's CM/ECF system, which will send notification of such filing to all parties requesting electronic notice as noted below:</u>

Olga L Gordon on behalf of Debtor
Office of the U.S. Trustee, US Trustee
Jeffrey Piampiano, Chapter 7 Trustee
Michael K. O'Neil on behalf of 59 Lakewood Manor Road, LLC
Richard C. Demerle on behalf of Blue Bridge Financial, Inc.
Stephen T. Martin on behalf of Financial Pacific Leasing, Inc.
Matthew R. Johnson on behalf of Deborah C. Gilman
Matthew R. Johnson on behalf of Margaret B. Gilman
Jonathan M. Horne on behalf of Olga Gordon
Michael K. O'Neil on behalf of Kearsarge Community Common LLC
Michael K. O'Neil on behalf of Lookout Extension LLC
Michael K. O'Neil on behalf of Valerie Mars
Stephen T. Martin on behalf of Pawnee Leasing Corporation
Michael K. O'Neil on behalf of Secret Cove LLC
Frank P. Spinella, Jr. on behalf of The Granite Group Wholesalers, LLC

Signed this May 5, 2026

/s/ Stephen J. LaMonica
Stephen J. LaMonica, #268522
Litchfield Cavo LLP
6 Kimball Lane, Suite 200
Lynnfield, MA 01940
(781) 309-1500
lamonica@litchfieldcavo.com

and

Nancy K. Tordai
(pro hac vice to be submitted)
Peters & Nye LLP
14 Executive Court, Suite 2
South Barrington, IL 60010
847-423-0353
nancytordai@petersnye.com

*Counsel for The Cincinnati Insurance Company*